James GRAHAM, Plaintiff–Appellant,

v.

Larry ABRAHAMS, in his individual and official capacity; Betty Lancent, Lieutenant, in her individual and official capacity; Pamela Johnson, of Dillon County Jail, in her individual and official capacity; Michael W. Moore, in his individual and official capacity; Lauren Bessinger, in her individual and official capacity; Phoebe Johnson, of the South Carolina Department of Corrections, in her individual and official capacity, Defendants–Appellees.

No. 01–6368.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

---

James Graham, pro se.

David Leon Morrison, James Miller Davis, Jr., Davidson, Morrison & Lindemann, P.A., Columbia, SC, for appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

James Graham appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. Graham's case was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994). The magistrate judge recommended that relief be denied and advised Graham that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Graham failed to object to the magistrate judge's recommendation.

The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. *Wright v. Collins,* 766 F.2d 841, 845–46 (4th Cir.1985); *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Graham has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*